**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:26-cr-118** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **JUSTIN ROBERT SALSBUREY,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court accept Defendant Justin Robert Salsburey's guilty plea. (ECF No. 30). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on August 27, 2026. (*Id.* at 3). After reviewing the Report and Recommendation, the Court **ACCEPTS** the Defendant's guilty plea to Count 1 of the Information, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(l), 841(b)(l)(A)(viii), and 841(b)(l)(B)(vi). He is hereby **ADJUDGED GUILTY** on this Count.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 4, 2026**